LAW OFFICES OF MARC S. BRAGG
Marc S. Bragg, Esquire
Atty. I.D. No.: 72685
230 West Market Street
West Chester, Pa., 19382
(484) 631-0092                                        Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


CHRISTINE M. BELL, d/b/a/                   :
ALLEGIANCE MORTGAGE SERVICES   :        Docket No.:  06 CV 00859
                              Plaintiff        :
vs.                                                :
                                                   :
GLOBAL LENDING GROUP, INC.            :
                              Defendant       :
                                                   :


**NOTICE OF WITHDRAWAL OF REMOVAL**


TO :   CLERK OF COURT
        PLAINTIFF CHRISTINE M. BELL d/b/a ALLEGIANCE MORTGAGE
        SERVICES

        Kindly withdraw Defendant's Notice of Removal so the matter may be remanded
back to the Pennsylvania State Court of Common Pleas, Chester County, Pennsylvania.



March 16, 2006

                                        Respectfully submitted,
                                        Law Offices of Marc S. Bragg


                                        _____
                                        Marc S. Bragg, Esquire