IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE M. BELL doing business as<br>ALLEGIANCE MORTGAGE SERVICES | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| GLOBAL LENDING GROUP, INC. | : | NO.  06-859 |

### ORDER

AND NOW, this   21st   day of March, 2006, it appearing that:

a. Defendant removed this action from the Court of Common Pleas of Philadelphia County on February 27, 2006.

b. Defendant filed a "Notice of Withdrawal of Removal" on March 17, 2006.

It is therefore **ORDERED** that this case is **REMANDED** to the Court of Common Pleas of Chester County **FORTHWITH**.  The Clerk of this court shall provide a copy of this Order together with the record in this case, to the Prothonotary of the Court of Common Pleas of Chester County.

/s/ Norma L. Shapiro
S.J.